No. D–1479. In re Disbarment of King. It is ordered that Harold T. King, of Bridgehampton, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1480. In re Disbarment of Mack. It is ordered that John Eugene Mack, of New London, Minn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1481. In re Disbarment of Lieber. It is ordered that Paul Gerald Lieber, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1482. In re Disbarment of Knight. It is ordered that Robert Clyde Knight, of Darien, Wis., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1483. In re Disbarment of Morin. It is ordered that Volney Frederick Morin, Jr., of Ashland, Ore., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 93–1408. New York State Conference of Blue Cross & Blue Shield Plans et al. v. Travelers Insurance Co. et al.;

No. 93–1415. Hospital Association of New York State v. Travelers Insurance Co. et al. C. A. 2d Cir. [Certiorari granted, ante, p. 920.] Motion of respondents New York State Health Maintenance Organization Conference et al. for divided argument granted to be divided as follows: 20 minutes for Travelers Insurance Co. et al. and 10 minutes for New York State Health Maintenance Organization Conference et al.